IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SOUTHERN PILOT INSURANCE COMPANY )<br>)<br>)<br>Plaintiff,    )<br>)<br>-versus-    )<br>)<br>LISA J. FLOYD, as Personal Representative of)<br>the Estate of Johnny Floyd, deceased;)<br>DARLINGTON COUNTY SHERIFF'S)<br>DEPARTMENT; COUNTY OF)<br>DARLINGTON; DIANNA COLLINS, as)<br>Personal Representative of the ESTATE OF)<br>Harold Collins,    )<br>)<br>Defendants.    )<br>_____ ) | C.A. No.: 4:13-cv-00106-RBH<br><br><br><br><br><br>**ORDER** |

This matter comes before the Court on the Plaintiff Southern Pilot Insurance Company's Motion to Compel the Deposition of Eric Ben Pierre (Entry No. 26). Upon reviewing the Plaintiff's motion, the Court finds that Eric Ben Pierre has wrongfully refused to attend his properly noticed deposition in violation of the Federal Rules of Civil Procedure Rules 30 and 45.

The Court grants the Plaintiff's motion and hereby compels Eric Ben Pierre to appear and testify in the presence of the named parties and a court reporter at 10:00 a.m. on Tuesday, September 24, at the offices of Turner, Padget, Graham & Laney, P.A., 319 South Irby Street, Florence, South Carolina 29501, (843) 662-9008.

The Clerk shall mail a copy of this order to Mr. Pierre at 165 Nephi Road; Darlington, South Carolina 29532 and counsel shall also have him personally served.

-2-

**IT IS SO ORDERED**.

September 12, 2013

s/R.Bryan Harwell
R. Bryan Harwell
United States District Judge